

Warshaw Burstein, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

MARTIN S. SIEGEL
EMAIL: MSIEGEL@WBNY.COM
DIRECT DIAL: (212) 984-7741

June 3, 2025

**BY ECF**

Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

       Re.: Motion for Extension of Time to Answer Complaint
            *Doe v. ALYK, Inc.*, 1:25-cv-003305-JLR

Dear Judge Rochon:

    We are attorneys for Defendant, ALYK, Inc., ("ALYK") in the above referenced matter. Pursuant to ¶1(F) of the Court's Individual Rules of Practice in Civil Cases, we respectfully submit this letter motion to request an extension of time to answer, move, or otherwise respond to the complaint. The Plaintiff's counsel consents to the extension requested herein.

    Per the court's text order, entered May 29, 2025, the current due date to answer is set for June 5, 2025. We have been in contact with Counsel for Plaintiff and have disclosed that ALYK sold the business involved in the complaint long before the incident that gave rise to the complaint, and ALYK was dissolved. ALYK is currently in the process of providing documents to the Plaintiff with regards to that sale. This extension is required for the parties to determine how to best proceed in these circumstances. Accordingly, we respectfully request that ALYK's time to answer, move, or otherwise respond to the complaint be extended by 30 days from the current due date to July 7, 2025. This is ALYK's first request for an extension of time to answer the complaint.

{1793226.3 }

{1793226.3 }

                    WARSHAW BURSTEIN LLP

By: */s/ Martin S. Siegel*
     Martin S. Siegel
     575 Lexington Avenue, 7th Floor
     New York, New York 10022
     Tel: (212) 984-7700
     msiegel@wbny.com

cc:   Ines Diaz Villafana
      L. Timothy Fisher
      Stefan Bogdanovich

MSS/hl